IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VAN GANDY, : | |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION 1:18-00381-KD-B |
| VT MAE, : | |
|     Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated August 5, 2019 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant's motion to dismiss is **GRANTED** and this action is **DISMISSED without prejudice**.[1]

**DONE** and **ORDERED** this the **27th** day of **August 2019.**

                              /s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Which differs from the Report and Recommendation's dismissal with prejudice.